

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-213-RFB-MDC |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| TYRELL GILL, | |
| Defendant. | |

This Court finds Tyrell Gill pled guilty to Counts Three, Four, Five, and Eight of an Eight-Count Criminal Indictment charging him in Count Three with possession of a controlled substance with intent to distribute in violation of 21 U.S.C. § 841(a)(1); in Count Four with possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A); and in Counts Five and Eight with prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 18; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Tyrell Gill agreed to the forfeiture of the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 18; Amended Bill of Particulars, ECF No. 39; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and the offenses to which Tyrell Gill pled guilty.

The following property is (1) any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A); (2) any firearm or

ammunition involved in or used in any violation of any other criminal law of the United States, 21 U.S.C. § 841(a)(1); (3) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of 21 U.S.C. § 841(a)(1); (4) any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in 21 U.S.C. § 881(a)(1) and 881(a)(2), in violation of 18 U.S.C. § 924(c)(1)(A) and 21 U.S.C. § 841(a)(1) and any proceeds traceable to such property; and (5) any firearm or ammunition intended to be used in any offense punishable under the Controlled Substances Act, 18 U.S.C. § 924(c)(1)(A) and 21 U.S.C. § 841(a)(1), and is subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c):

1. Smith & Wesson 340 SC Revolver CAL:357 SN:CFM4280;
2. Harrington And Richardson Unknown Shotgun CAL:12 gauge SN:CAC065803;
3. GForce Arms, Inc. GFY-1 Bullpup Unknown CAL:12 gauge SN:21-23522;
4. Smith & Wesson M&P Bodyguard 380 Pistol CAL:380 SN:KJD0674;
5. Tanfoglio Witness Match Pistol CAL:10 SN:EA87660;
6. Ruger SR9C Pistol CAL:9 SN:334-99279;
7. 5 Rounds Unknown Ammunition CAL:357;
8. 7 Rounds Hornady Ammunition CAL:380;
9. 11 Rounds Star Line Ammunition CAL:10;
10. 8 Rounds Speer Ammunition CAL:9;
11. 2 Rounds Unknown Ammunition CAL:12; and
12. any and all compatible ammunition

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

1 | This Court finds the United States of America is now entitled to, and should, reduce
2 | the aforementioned property to the possession of the United States of America.
3 | NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
4 | DECREED that the United States of America should seize the aforementioned property.
5 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
6 | rights, ownership rights, and all rights, titles, and interests of Tyrell Gill in the
7 | aforementioned property are forfeited and are vested in the United States of America and
8 | shall be safely held by the United States of America until further order of the Court.
9 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States
10 | of America shall publish for at least thirty (30) consecutive days on the official internet
11 | government forfeiture website, www.forfeiture.gov, notice of this Order, which shall
12 | describe the forfeited property, state the times under the applicable statute when a petition
13 | contesting the forfeiture must be filed, and state the name and contact information for the
14 | government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).
15 | Notice is served on any individual or entity on the date when it is placed in the mail,
16 | delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.
17 | 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).
18 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
19 | or entity who claims an interest in the forfeited property must file a petition for a hearing to
20 | adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C.
21 | § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under
22 | 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the
23 | petitioner's right, title, or interest in the property, the time and circumstances of the
24 | petitioner's acquisition of the right, title or interest in the property, any additional facts
25 | supporting the petitioner's claim, and the relief sought.
26 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
27 | must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
28 | Nevada 89101, within thirty (30) days of the final publication of notice on the official

1  internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,
2  whichever is earlier.
3       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
4  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States
5  Attorney's Office at the following address at the time of filing:
6       Daniel D. Hollingsworth
         Assistant United States Attorney
7        Misty L. Dante
         Assistant United States Attorney
8        501 Las Vegas Boulevard South, Suite 1100
         Las Vegas, Nevada 89101.
9
10      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice
11 described herein need not be published in the event a Declaration of Forfeiture is issued by
12 the appropriate agency following publication of notice of seizure and intent to
13 administratively forfeit the above-described property.
14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
15 copies of this Order to all counsel of record.
16      DATED February 27, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE