RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Tyrell Gill

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>TYRELL GILL,<br><br>             Defendant. | Case No. 2:23-cr-00213-RFB-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Tyrell Gill, that the Sentencing Hearing currently scheduled on June 7, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.       Counsel for the defendant currently is in a six-week trial (*United States v. Dallmann*, Case No. 2:22-cr-00030-RFB-DJA (D. Nev.)) that is expected to proceed until July 5, 2024. Consequently, counsel for the defendant is unable to devote significant attention to other matters during this time frame.

2.      Following trial, counsel for the defendant plans to be on leave and out of the district July 11, 2024, through July 15, 2024.

3.      The defendant is incarcerated.

4.      The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 30th day of May, 2024.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney



By /s/ Rick Mula                            By /s/ Robert Knief
RICK MULA                                   ROBERT KNIEF
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00213-RFB-MDC |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| TYRELL GILL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for June 7, 2024 at 8:00 a.m., be vacated and continued to <u>July 29, 2024 at 9:15</u> a.m.

DATED this 31st  day of May, 2024.



_____

UNITED STATES DISTRICT JUDGE

3