RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Tyrell Gill

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYRELL GILL,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00213-RFB-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Tyrell Gill, that the Sentencing Hearing currently scheduled on August 7, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Gill is seeking to resolve a Nebraska state case prior to his sentencing in this case. Sentencing in the Nebraska case is set for August 5, 2024.

　　　　2.　　Once Mr. Gill has resolved the Nebraska state case, the PSR will need to be revised.

3. The defendant is incarcerated and agrees to the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 17th day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYRELL GILL,<br><br>　　　　Defendant. | Case No. 2:23-cr-00213-RFB-MDC<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 7, 2024 at 8:00 a.m., be vacated and continued to September 10, 2024 at 9:15 a.m.

　　DATED this 18th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

3