# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYRELL GILL,<br><br>　　　　　Defendant. | 2:23-CR-213-RFB-MDC<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Tyrell Gill to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Tyrell Gill pled guilty. Criminal Indictment, ECF No. 18; Amended Bill of Particulars, ECF No. 39; Change of Plea, ECF No. 45; Plea Agreement, ECF No. 46; Preliminary Order of Forfeiture, ECF No. 47.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 2, 2024, through March 31, 2024, notifying all potential third

1 | parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,
2 | ECF No. 49-1, p. 5.
3 |     This Court finds no petition was filed herein by or on behalf of any person or entity
4 | and the time for filing such petitions and claims has expired.
5 |     This Court finds no petitions are pending regarding the property named herein and
6 | the time has expired for presenting such petitions.
7 |     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
8 | all possessory rights, ownership rights, and all rights, titles, and interests in the property
9 | hereinafter described are condemned, forfeited, and vested in the United States under Fed.
10 | R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)
11 | with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. §
12 | 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); and 21 U.S.C. §
13 | 853(n)(7) and shall be disposed of according to law:

1. Smith & Wesson 340 SC Revolver CAL:357 SN:CFM4280;
2. Harrington And Richardson Unknown Shotgun CAL:12 gauge SN:CAC065803;
3. GForce Arms, Inc. GFY-1 Bullpup Unknown CAL:12 gauge SN:21-23522;
4. Smith & Wesson M&P Bodyguard 380 Pistol CAL:380 SN:KJD0674;
5. Tanfoglio Witness Match Pistol CAL:10 SN:EA87660;
6. Ruger SR9C Pistol CAL:9 SN:334-99279;
7. 5 Rounds Unknown Ammunition CAL:357;
8. 7 Rounds Hornady Ammunition CAL:380;
9. 11 Rounds Star Line Ammunition CAL:10;
10. 8 Rounds Speer Ammunition CAL:9;
11. 2 Rounds Unknown Ammunition CAL:12; and
12. any and all compatible ammunition

(all of which constitutes property).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

rights, titles, and interests in the property are extinguished and are not recognized for Tyrell Gill and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED September 9,, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE